Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Sonja Mooberry obo Michael Mooberry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 06-1897 **MDL NO. 1699** **District Judge: Charles R. Breyer** |
| Sonja Mooberry obo Michael Mooberry, Plaintiffs, vs. Pfizer, Inc., et al. Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (SONJA MOOBERRY obo MICHAEL MOOBERRY) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By:

Attorneys for Plaintiff, Sonja Mooberry obo Michael Mooberry

-1-

1

2    DATED: April 27, 2009       DLA PIPER US LLP

3
                                 By: _____
4                                     Michelle Sadowsky
5                                     Attorneys for Defendants

6

7
     PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8    IT IS SO ORDERED.

9

10   Dated: APR 3 0 2009

11                               Hon. Charles R. Breyer
                                 United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PFZR/10359349190655v 1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE